

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

March 17, 1939

Hon. George G. Roane
County Attorney
Fort Bend County
Richmond, Texas

Dear Sir:

Opinion No. O-119.
Re: Reporting of fees by official
as registrar of vital statistics.
Article 4477, Rule 53a, Revised
Civil Statutes.

With further reference to your letter of
February 28, we wish to advise that we have fully con-
sidered the question upon which you desire an opinion
from this Department as to whether a Justice of the
Peace in Fort Bend County, which precinct officer the
Commissioners' Court has permitted to remain on a fee
basis, has to report fees earned by him as the local
registrar of vital statistics. In this connection also,
we express our appreciation for the able brief sub-
mitted by you which has commanded our attention and
received consideration along with the former opinions
of this Department.

We have carefully studied the opinion ren-
dered heretofore by this Department to Mr. Tom C. King,
State Auditor, under date of August 11, 1938, and con-
clude that same is correct as applicable to the above
question and pertaining to your county. It is very
doubtful that we could improve on said opinion by add-
ing any further reasoning, other than to say that since
1932 this Department has consistently held that such
fees are accountable by the officer by reason of the
duty imposed on his office under Article 4477, Rule
36a and collections made by virtue of his office of
Justice of the Peace. It appears to be a general rule

of construction that unless fees are specifically ex-
cepted they are to be considered to be "fees of office".

You will kindly ignore the copy of an opinion
mailed to you under date of February 13th, formerly
rendered to Mr. R. S. Wyche, County Auditor, Longview,
Texas, under date of February 18, 1936, as it clearly
does not purport to apply to the question submitted by
you and same was not so intended by this Department..
We are attaching herewith a copy of the opinion written
by Hon. Jas. A. Neff, Assistant Attorney General and
addressed to Mr. Tom C. King, State Auditor, under date
of August 11, 1938, as above referred to.

It is, therefore, the opinion of this Depart-
ment that where Justices of the Peace act as local re-
gistrar of vital statistics, and are compensated for
the fiscal year on the basis of fees earned by them
in the performance of their official duties, such fees
collected as registrar of vital statistics under Rule
53a, Article 4477, as amended by Acts of 1929, 41st Legis-
lature, First Called Session, Chapter 4, are to be re-
ported and included in the maximum compensation allowed
such officer.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Wm. J. R. King
Assistant

WmK:AW

ENCLOSURE

APPROVED:

Gerald C. Mann
ATTORNEY GENERAL OF TEXAS